NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## ROBERT DONNELL DONALDSON,
*Petitioner,*

v.

## DEPARTMENT OF HOMELAND SECURITY,
*Respondent.*

---

2012-3106

---

Petition for review of the Merit Systems Protection Board in consolidated case nos. DC3330110367-1-1, DC4324110475-1-1, and DC3330110637-1-1.

---

## ON MOTION

---

## ORDER

Robert Donnell Donaldson submits a response to this court's August 15, 2012 order, arguing that because he had previously filed a reply brief, his motion to strike should not have been treated as his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The court will treat Donaldson's motion to strike as a supplement to his previously filed reply brief. Copies of the supplement and this order shall be transmitted to the merits panel along with the briefs.

FOR THE COURT

__AUG 2 2 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Robert Donnell Donaldson
Joshua E. Kurland, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 2 2012

JAN HORBALY
CLERK